

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

*Brooks E. Doyne*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
brooks.doyne@usdoj.gov

main: (973) 645-2700
direct: (973) 353-6001

January 22, 2026

**Via ECF**
Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

SO ORDERED this ___23rd___ day of ___January___ 20__26__

[signature]

United States District Judge

    Re:    *V.S.P.H. v. Soto*, No. 25-18835
            Extension Request

Dear Judge Wigenton:

    This Office represents Respondents in the above-referenced habeas matter in which Petitioner challenges the legality of his detention under 8 U.S.C. § 1225(b). We write to request a three-day extension of time to file a supplemental brief regarding the effect, if any, of the Third Circuit's recent precedential decision in *Khalil v. President, United States of America*, No. 25-2162, 2026 WL 111933 (3d Cir. Jan. 15, 2026). If the Court grants this request, Respondents omnibus submission would be due on Monday, January 26.

    We respectfully submit that good cause exists for this extension request. The statutory interpretation issues raised by *Khalil* are complex and could have a profound effect on certain immigration litigation in this Circuit. To ensure that we provide the parties and the Court with the benefit of a complete submission, we are actively coordinating with the Office of Immigration Litigation at Main Justice for guidance, which requires additional time. Furthermore, there are now at least seven other courts in this District ordering supplemental briefing from Respondents regarding the effect of *Khalil*, and we respectfully submit that it would be in the interest of litigants in all these cases for Respondents to file a supplemental brief on the same day, which we plan to propose as Monday at 11:59 p.m. in all cases.

    Petitioner's counsel, Karen Weinstock, Esq., objects to this extension request. If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.