

## U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

Brooks E. Doyne
*Assistant U.S. Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
Brooks.Doyne@usdoj.gov

*main: (973) 645-2700*
*direct: (973) 297-4390*

May 29, 2026

<u>**Via ECF**</u>
Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      Re:   *V.S.P.H. v. Soto*, No. 25-18835
            **Extension Request on Consent**

Dear Judge Wigenton:

    This Office represents Respondents in this habeas matter. Currently pending before the Court is Petitioner's motion for costs, fees and other expenses under the Equal Access to Justice Act. ECF 31. Respondents respectfully submit this correspondence to request an extension of time, until June 15, 2026, to respond to Petitioner's motion. This is Respondents first request for an extension to respond to Petitioner's motion.

    We respectfully submit that good cause exists for this extension request. In consultation with U.S. Immigration and Customs Enforcement, the detention authority that was applied to Petitioner was under 8 U.S.C. § 1231(a). This Office has addressed multiple fee application motions under § 1225(b)(2), but will require additional collaboration to respond under the detention authority applicable to this Petitioner. In conferring with Petitioner's counsel, Karen Weinstock, Esq., Petitioner consents to this extension request.

    Thank you very much for your attention to this matter.

SO ORDERED this ___29th___ day

of ___May___ 20__26__

_____
**United States District Judge**